SARAH A. DRAPER, as Administratrix of the Estate of FREDERICK DRAPER, Deceased, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, Impleaded with Others.

*Draper* v. *Interborough Rapid Transit Co.,* 137 App. Div. 905, affirmed.
(Argued January 19, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1910, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the defendant's negligence.

*Lemuel E. Quigg, Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*Roger Foster, James A. Allen* and *Willard S. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and COLLIN, JJ. Dissenting: CHASE, J.